UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

A1 MILLENNIUM MARINA INC.

§
§
§
§
§

Case No.  11-31047

Debtors(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/29/2011. The undersigned trustee was appointed on 07/29/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of                    $              321,944.01

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative Expenses | 124,792.88 |
| Bank Service Fees | 2,161.39 |
| Other Payments to Creditors | 0.00 |
| Non-Estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the Debtor | 0.00 |
| Other Payments to Debtor | 0.00 |

    Leaving a balance on hand of [1]              $              194,989.74

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/09/2012 and the deadline for filing governmental claims was 04/09/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $19,347.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $19,347.20, for a total compensation of $19,347.20. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $128.56 for total expenses of $128.56

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   04/21/2017            By :   /s/ Joseph A. Baldi

                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **11-31047**                    Judge: **Jacqueline P. Cox**                    Trustee Name: **Joseph A. Baldi**
Case Name: **A1 MILLENNIUM MARINA INC.**                    Date Filed (f) or Converted (c): **07/29/2011 (f)**
                    341(a) Meeting Date: **08/26/2011**
For Period Ending: **04/21/2017**                    Claims Bar Date: **04/09/2012**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.   Bank Accounts (u) | 0.00 | 1,623.74 | | 1,623.74 | FA |
| 2.   Storage Fees (u) | 0.00 | 170.00 | | 170.00 | FA |
| 3.   Storage fees (u) | 0.00 | 150.00 | | 150.00 | FA |
| 4.   Post-Petition Interest Deposits (u) | Unknown | NA | | 0.27 | FA |
| 5.   Accounts Receivable | 88,308.76 | 0.00 | | 0.00 | FA |
| 6.   Vehicle accessory-Travel Lift | 20,000.00 | 0.00 | | 5,000.00 | FA |
| 7.   Boat accessory-200 sackstands | 400.00 | 0.00 | | 0.00 | FA |
| 8.   Boat accessory-boat spare parts | 1,000.00 | 0.00 | | 0.00 | FA |
| 9.   Boat accessory - boat blocks | Unknown | 0.00 | | 0.00 | FA |
| 10.   Boat accessory-temporary steel building | 30,000.00 | 0.00 | | 15,000.00 | FA |
| 11.   Boat accessory - power towers for boat docks | 2,000.00 | 0.00 | | 0.00 | FA |
| 12.   Office Equip, Furnishings,&Supplies | 50.00 | 0.00 | | 0.00 | FA |
| 13.   Preferential and fraudulent transfer claims (u) | Unknown | Unknown | | 300,000.00 | FA |

Gross Value of Remaining Assets

**TOTALS (Excluding Unknown Values)**                    141,758.76                    1,943.74                    321,944.01                    0.00

Re Prop. #5  Included within assets sold pursuant to court order dated 10/27/11 [dkt 18], proceeds allocated to other assets
Re Prop. #6  Trustee sold all assets to landlord pursuant to court order [dkt 18]
Re Prop. #7  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #8  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #9  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #10  Trustee sold all assets to landlord pursuant to court order [dkt 18]
Re Prop. #11  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 11-31047                **Judge:** Jacqueline P. Cox                **Trustee Name:** Joseph A. Baldi
**Case Name:** A1 MILLENNIUM MARINA INC.                **Date Filed (f) or Converted (c):** 07/29/2011 (f)
**341(a) Meeting Date:** 08/26/2011
**For Period Ending:** 04/21/2017                **Claims Bar Date:** 04/09/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12  Trustee sold all physical assets per court order [dkt 18], proceeds allocated to other assets
Re Prop. #13  Trustee filed adversary complaint against debtor's shareholder and other parties to recovery preferential and fraudulent transfers and for fraud, breach of duty and misappropriation of corporate assets. Trustee settled with defendants pursuant to order 9/20/16 [dkt 68]


Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 2017:  Trustee reached a settlement with the defendants in the District Court case.  Pursuant to this Court's order dated 9/20/16 [dkt 68], Trustee recovered gross proceeds of $300,000; was authorized to pay his special counsel contingency fees and expenses; and the defendants waived all claims against the Estate.  Trustee oversaw the preparation and filing of the Estate's final tax return.  Trustee verified claims against the Estate in anticipation of preparation of his TFR and final distribution.

June 2016:  Trustee received summary judgment in District Court case for $392,000.  Negotiated a tentative settlement after judgment to end appeals, provide for payment terms.  When the terms of the settlement are finalized, the Trustee will file a motion to approve the compromise and then will prepare to close the case.

March 09, 2016, 04:12 pm District Court has motion for summary judgment under advisement, no ruling as yet.  Under advisement since 8/21/15

July 22, 2015, 04:31 pm adversary pending against former owner, motion for summary judgment filed.  Met with defendant's attorney to discuss settlement, no progress yet.  Will monitor litigation, work with special counsel and await ruling on motion for summary judgment

Trustee sold assets pursuant to court order
Trustee is investigating recoverable transfers from Debtor's owner and other parties
claims bar date expired 4/9/12
Trustee retained special counsel to pursue claims against principals
adversary complaint filed
Defendants filed motion in District Court to withdraw reference which was granted in 4/14
oral discovery to be completed by August 2014, pre-trial schedule through October 30, 2014
Trustee continues to prosecute adversary

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 11-31047          **Judge:** Jacqueline P. Cox          **Trustee Name:** Joseph A. Baldi
**Case Name:** A1 MILLENNIUM MARINA INC.          **Date Filed (f) or Converted (c):** 07/29/2011 (f)
          **341(a) Meeting Date:** 08/26/2011
**For Period Ending:** 04/21/2017          **Claims Bar Date:** 04/09/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 10/31/2012          **Current Projected Date of Final Report(TFR) :** 08/31/2017

**Trustee's Signature**      /s/Joseph A. Baldi          **Date:** 04/21/2017
          Joseph A. Baldi
          20 N. Clark St. Suite 200
          Chicago, IL 60602
          Phone : (312) 726-8150

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | |
| Case Name: **A1 MILLENNIUM MARINA INC.** | |
| | |
| Taxpayer ID No: **\*\*-\*\*\*8630** | |
| For Period Ending: **4/21/2017** | |

| | |
|---|---|
| Trustee Name: **Joseph A. Baldi** | |
| Bank Name: **Bank of America, N.A.** | |
| Account Number/CD#: **\*\*\*\*\*\*7246 Money Market Account** | |
| Blanket bond (per case limit): **5,000,000.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/10/2011 | [1] | Anthony Discepolo<br>Am. Metro Cashier's Check<br>4878 N.Broadway St.<br>Chicago , IL 60640 | TURNOVER OF BANK FUNDS | 1229-000 | 1,623.74 | | 1,623.74 |
| 08/12/2011 | [2] | John Schmoeger<br>5605-7 Old Porter Rd.<br>Portage, IN 46368 | Storage fees | 1222-000 | 170.00 | | 1,793.74 |
| 08/12/2011 | [3] | Vivian Smith<br>8601 S. May Street<br>Chicago , IL 60620 | Storage fees | 1222-000 | 150.00 | | 1,943.74 |
| 08/16/2011 | | Transfer to Acct #XXXX857314 | Bank Funds Transfer<br>Transfer funds to pay Marina liability insurance policy<br>from 8/16 to 10/15.   ecb August 16, 2011, 04:47 pm | 9999-000 | | 820.00 | 1,123.74 |
| 08/31/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,123.75 |
| 09/30/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,123.76 |
| 10/17/2011 | [6] | CCS CHICAGO RECREATION INC.<br>Client Funds Account | Sale proceeds vehicle per order 10/26/11 [dkt 18] | 1129-000 | 5,000.00 | | 6,123.76 |
| 10/24/2011 | | Transfer to Acct #XXXX857314 | Bank Funds Transfer<br>for property insurance premium, coverage extended to<br>10/31 | 9999-000 | | 220.00 | 5,903.76 |
| | | | Page Subtotals | | 6,943.76 | 1,040.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 1)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **11-31047** | | | Trustee Name: | **Joseph A. Baldi** | |
| Case Name: | **A1 MILLENNIUM MARINA INC.** | | | Bank Name: | **Bank of America, N.A.** | |
| | | | | Account Number/CD#: | ********7246 Money Market Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*8630** | | | Blanket bond (per case limit): | **5,000,000.00** | |
| For Period Ending: | **4/21/2017** | | | Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/31/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,903.79 |
| 10/31/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.24 | 5,899.55 |
| 11/02/2011 | [10] | STEVE BROWN | sale proceeds boat parts per order 10/26/11 [dkt 18] | 1129-000 | 6,900.00 | | 12,799.55 |
| 11/02/2011 | [10] | STEVE BROWN | sale proc.-temp steel bldg  per order 10/26/11 [dkt 18] | 1129-000 | 8,100.00 | | 20,899.55 |
| 11/30/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,899.71 |
| 11/30/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.40 | 20,876.31 |
| 12/14/2011 | [4] | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 20,876.37 |
| 12/14/2011 | | Transfer to Acct #XXXX857314 | Transfer In From MMA Account<br>To close MM in order to have one estate account | 9999-000 | | 20,876.37 | 0.00 |
| | | | Page Subtotals | | 15,000.25 | 20,904.01 | |

UST Form 101-7-TFR (5/1/2011) (Page 2)

**Exhibit B**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Bank of America, N.A. |
| | **Account Number/CD#:** ******7246 Money Market Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| Page Subtotals | | |
| **COLUMN TOTALS** | 21,944.01 | 21,944.01 |
| Less:Bank Transfer/CD's | 0.00 | 21,916.37 |
| **SUBTOTALS** | 21,944.01 | 27.64 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 21,944.01 | 27.64 |

UST Form 101-7-TFR (5/1/2011) (Page 3)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **11-31047** | | | Trustee Name: | **Joseph A. Baldi** | |
| Case Name: | **A1 MILLENNIUM MARINA INC.** | | | Bank Name: | **Bank of America, N.A.** | |
| | | | | Account Number/CD#: | ********7314 Checking Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*8630** | | | Blanket bond (per case limit): | **5,000,000.00** | |
| For Period Ending: | **4/21/2017** | | | Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/16/2011 | | Transfer from Acct #XXXX857246 | Bank Funds Transfer<br>Transfer funds to pay Marina liability insurance policy from 8/16 to 10/15.  ecb August 16, 2011, 04:47 pm | 9999-000 | 820.00 | | 820.00 |
| 08/16/2011 | 1001 | Snyder Insurance & Financial<br>1021 75th Street<br>Darien IL , 60561 | INSURANCE PREMIUM<br>Marine Operators Legal Liability Short Term Policy (Trustee authorized to operate debtor's business on a limited basis per order 9/8/11 [dkt 12]) | 2690-000 | | 820.00 | 0.00 |
| 10/24/2011 | | Transfer from Acct #XXXX857246 | Bank Funds Transfer<br>for property insurance premium, coverage extended to 10/31 | 9999-000 | 220.00 | | 220.00 |
| 10/24/2011 | 1002 | Snyder Insurance & Financial<br>1021 75th Street<br>Darien IL , 60561 | INSURANCE PREMIUM<br>Marine Operators Legal Liability Short Term Policy-through October 31, 2011 (Trustee authorized to operate debtor's business on a limited basis per order 9/8/11 [dkt 12]) | 2690-000 | | 220.00 | 0.00 |
| 10/31/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.06 | (0.06) |
| 12/14/2011 | | Transfer from Acct #XXXX857246 | Transfer In From MMA Account<br>To close MM in order to have one estate account | 9999-000 | 20,876.37 | | 20,876.31 |
| 12/29/2011 | | Transfer to Acct #9010012897 | Bank Funds Transfer | 9999-000 | | 20,876.31 | 0.00 |
| | | | Page Subtotals | | 21,916.37 | 21,916.37 | |

UST Form 101-7-TFR (5/1/2011) (Page 4)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: **Bank of America, N.A.** |
| | Account Number/CD#: **\*\*\*\*\*\*7314 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **4/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | | |
| | COLUMN TOTALS | 21,916.37 | 21,916.37 | |
| | Less:Bank Transfer/CD's | 21,916.37 | 20,876.31 | |
| | **SUBTOTALS** | 0.00 | 1,040.06 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **Net** | 0.00 | 1,040.06 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: **11-31047** | | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | | Bank Name: **Congressional Bank** |
| | | Account Number/CD#: ********2897 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **4/21/2017** | | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/29/2011 | | Transfer from Acct #XXXX857314 | Bank Funds Transfer | 9999-000 | 20,876.31 | | 20,876.31 |
| 02/07/2012 | 1001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans , LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 16.50 | 20,859.81 |
| 02/07/2013 | 1002 | International Sureties<br>701 Poydras Street  #420<br>New Orleans , LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 16.83 | 20,842.98 |
| *03/11/2013 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda , MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | (19.99) | 20,862.97 |
| 03/11/2013 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda , MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 19.99 | 20,842.98 |
| *04/10/2013 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-000 | | 19.99 | 20,822.99 |
| | | | Page Subtotals | | 20,876.31 | 53.32 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Congressional Bank |
| | **Account Number/CD#:** ******2897 Checking Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/22/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.11 | 20,800.88 |
| 05/22/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 21.39 | 20,779.49 |
| 06/09/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 22.07 | 20,757.42 |
| 07/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.33 | 20,736.09 |
| 08/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.02 | 20,714.07 |
| 09/11/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.99 | 20,692.08 |
| | | | Page Subtotals | | 0.00 | 130.91 | |

UST Form 101-7-TFR (5/1/2011) (Page 7)

**Exhibit B**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: **11-31047** | | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | | Bank Name: **Congressional Bank** |
| | | Account Number/CD#: ********2897 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **4/21/2017** | | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/03/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.27 | 20,670.81 |
| 11/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.95 | 20,648.86 |
| 12/05/2013 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 21.22 | 20,627.64 |
| 12/20/2013 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 20,627.64 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 20,692.08 |
| **COLUMN TOTALS** | 20,876.31 | 20,876.31 |
| Less:Bank Transfer/CD's | 20,876.31 | 20,627.64 |
| **SUBTOTALS** | 0.00 | 248.67 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 248.67 |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **11-31047** |
|---|---|
| Case Name: | **A1 MILLENNIUM MARINA INC.** |
| Taxpayer ID No: | **\*\*-\*\*\*8630** |
| For Period Ending: | **4/21/2017** |

| Trustee Name: | **Joseph A. Baldi** |
|---|---|
| Bank Name: | **Associated Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*6776 Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/20/2013 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,627.64 | | 20,627.64 |
| 01/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.87 | 20,615.77 |
| 02/05/2014 | 3001 | International Sureties 701 Poydras Street  #420 New Orleans , LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 16.52 | 20,599.25 |
| 02/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.65 | 20,568.60 |
| 03/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.63 | 20,540.97 |
| 04/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,510.43 |
| 05/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.51 | 20,480.92 |
| 06/06/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.45 | 20,450.47 |
| 07/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.42 | 20,421.05 |

| | | | Page Subtotals | | 20,627.64 | 206.59 | |

UST Form 101-7-TFR (5/1/2011) (Page 9)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **11-31047** | | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | | Bank Name: **Associated Bank** |
| | | Account Number/CD#: ********6776 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **4/21/2017** | | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.36 | 20,390.69 |
| 09/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.32 | 20,360.37 |
| 10/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.30 | 20,331.07 |
| 11/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.23 | 20,300.84 |
| 12/05/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.21 | 20,271.63 |
| 01/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.14 | 20,241.49 |
| 02/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.10 | 20,211.39 |
| 02/20/2015 | 3002 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York New , York 10165 | 2015 Bond premium | 2300-000 | | 14.03 | 20,197.36 |
| 03/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.14 | 20,170.22 |

| | | | Page Subtotals | | 0.00 | 250.83 | |

UST Form 101-7-TFR (5/1/2011) (Page 10)

**Exhibit B**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 11-31047 | | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | | **Bank Name:** Associated Bank |
| | | **Account Number/CD#:** ******6776 Checking Account |
| **Taxpayer ID No:** **-***8630 | | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.99 | 20,140.23 |
| 05/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.98 | 20,111.25 |
| 06/05/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.90 | 20,081.35 |
| 06/30/2015 | 3003 | DONALD L. JOHNSON, P.C. 33 N. DEARBORN STREET SUITE 1401 CHICAGO , IL 60602 | Special Counsel Expenses Order Authorizing Payment of Expenses Dated June 23, 2015 [dkt 63] | 3220-610 | | 2,921.88 | 17,159.47 |
| 07/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.89 | 17,130.58 |
| 08/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.75 | 17,104.83 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.43 | 17,079.40 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.57 | 17,054.83 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.36 | 17,029.47 |

|  | | | Page Subtotals | | 0.00 | 3,140.75 | |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** **11-31047** | **Trustee Name:** **Joseph A. Baldi** |
| **Case Name:** **A1 MILLENNIUM MARINA INC.** | **Bank Name:** **Associated Bank** |
| | **Account Number/CD#:** ******6776 Checking Account** |
| **Taxpayer ID No:** **\*\*-\*\*\*8630** | **Blanket bond (per case limit):** **5,000,000.00** |
| **For Period Ending:** **4/21/2017** | **Separate bond (if applicable):** **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.50 | 17,004.97 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.28 | 16,979.69 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.25 | 16,954.44 |
| 02/15/2016 | 3004 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York , NY 10017 | Bond Premium Payment 2016 Bond Premium Payment | 2300-000 | | 12.30 | 16,942.14 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.58 | 16,918.56 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.15 | 16,893.41 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.31 | 16,869.10 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.08 | 16,844.02 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.23 | 16,819.79 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 16,819.79 | 0.00 |

| | | | | Page Subtotals | 0.00 | 17,029.47 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) (Page 12)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **11-31047** | Trustee Name: | **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: | **Associated Bank** |
| | Account Number/CD#: | ********6776 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: **4/21/2017** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 20,627.64 | 20,627.64 |
| Less:Bank Transfer/CD's | | 20,627.64 | 16,819.79 |
| **SUBTOTALS** | | 0.00 | 3,807.85 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 3,807.85 |

UST Form 101-7-TFR (5/1/2011) (Page 13)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5476 Checking Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 16,819.79 | | 16,819.79 |
| 08/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,804.79 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.48 | 16,781.31 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.45 | 16,757.86 |
| 10/07/2016 | [13] | Sandra Discepolo c/o Blaise & Nitschke, P.C. Client Trust Account 20 N. Clark St, Ste. 3100 Chicago, IL 60602-5099 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 50,000.00 | | 66,757.86 |
| | | | Page Subtotals | | 66,819.79 | 61.93 | |

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5476 Checking Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/07/2016 | [13] | Anthony Discepolo c/o Weissberg & Associates, Ltd. Client Trust Fund Account 401 S. LaSalle St., Ste. 403 Chicago , IL 60605 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 200,000.00 | | 266,757.86 |
| 10/12/2016 | 55001 | Donald L. Johnson, P.C. John Dax 33 N. Dearborn Street Suite 1401 Chicago, IL 60602 | Attorneys' Fees - Special Counsel (per order 9/20/16 [dkt 68]) | 3210-600 | | 120,000.00 | 146,757.86 |
| 10/12/2016 | 55002 | Donald L. Johnson, P.C. 33 N Dearborn St Suite 1401 Chicago, IL 60602 | Special Counsel - Reimbursement of Expenses (per order 9/20/16 [dkt 68]) | 3220-610 | | 646.22 | 146,111.64 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 223.58 | 145,888.06 |
| 11/14/2016 | [13] | Anthony Discepolo 2725 W Glenlake Ave Chicago, IL 60659 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 25,000.00 | | 170,888.06 |
| | | | Page Subtotals | | 225,000.00 | 120,869.80 | |

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5476 Checking Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/14/2016 | [13] | Anthony Discepolo<br>Am. Metro Cashier's Check<br>4878 N.Broadwy St.<br>Chicago , IL 60640 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 25,000.00 | | 195,888.06 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 243.45 | 195,644.61 |
| 02/03/2017 | 55003 | International Sureties, Ltd.<br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 108.60 | 195,536.01 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 273.37 | 195,262.64 |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 272.90 | 194,989.74 |
| | | | Page Subtotals | | 25,000.00 | 898.32 | |

UST Form 101-7-TFR (5/1/2011) (Page 16)

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-31047 | | | Trustee Name: | Joseph A. Baldi |
| Case Name: | A1 MILLENNIUM MARINA INC. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5476 Checking Account |
| Taxpayer ID No: | **-***8630 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/21/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 316,819.79 | 121,830.05 |
| Less:Bank Transfer/CD's | 16,819.79 | 0.00 |
| **SUBTOTALS** | 300,000.00 | 121,830.05 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 300,000.00 | 121,830.05 |

| | |
|---|---|
| All Accounts Gross Receipts: | 321,944.01 |
| All Accounts Gross Disbursements: | 126,954.27 |
| All Accounts Net: | 194,989.74 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6776 Checking Account | 0.00 | 3,807.85 | |
| ******7246 Money Market Account | 21,944.01 | 27.64 | |
| ******7314 Checking Account | 0.00 | 1,040.06 | |
| ******5476 Checking Account | 300,000.00 | 121,830.05 | |
| ******2897 Checking Account | 0.00 | 248.67 | |
| **NetTotals** | 321,944.01 | 126,954.27 | 194,989.74 |

**Exhibit B**

Case: 11-31047                                                                    Joseph A. Baldi
A1 MILLENNIUM MARINA INC.                                                        CLAIMS REGISTER
                                                                                    EXHIBIT  C

Claims Bar Date: 04/09/12     Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 19,347.20 | 19,347.20 | 0.00 | 19,347.20 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 128.56 | 128.56 | 0.00 | 128.56 |
| BOND | International Sureties<br>701 Poydras Street  #420<br>New Orleans , LA 70139<br><br>Filed: 02/07/12 | 2300<br>ADMIN | 0.00 | 158.45 | 158.45 | 158.45 | 0.00 |
| BOND | ARTHUR B. LEVINE<br>60 East 42nd Street<br>Room 965<br>New York New , YORK 10165<br><br>Filed: 02/20/15 | 2300<br>ADMIN | 0.00 | 26.33 | 26.33 | 26.33 | 0.00 |
| | CLERK OF THE U.S.<br>Clerk U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago , ILLINOIS 60604<br><br>Deferred filing fee for adversary case no. 13-00999 [dkt 72] | 2700<br>ADMIN | 0.00 | 293.00 | 293.00 | 0.00 | 293.00 |
| | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | 3210<br>ADMIN | 0.00 | 41,385.00 | 41,385.00 | 0.00 | 41,385.00 |
| | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | 3220<br>ADMIN | 0.00 | 112.08 | 112.08 | 0.00 | 112.08 |
| | DONALD L. JOHNSON<br>33 North Dearborn St.<br>Suite 1401<br><br>Special counsel expenses $2,921.88 allowed per order 6/23/15 [dkt 63]; final expenses $646.22 awarded to special counsel per order 9/20/16 [dkt 68] | 3220<br>ADMIN | 0.00 | 3,568.10 | 3,568.10 | 3,568.10 | 0.00 |

Case: 11-31047
A1 MILLENNIUM MARINA INC.

Joseph A. Baldi
CLAIMS REGISTER
EXHIBIT  C

Claims Bar Date: 04/09/12    Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | DONALD L. JOHNSON<br>33 North Dearborn St.<br>Suite 1401 | 3220<br>ADMIN | 0.00 | 120,000.00 | 120,000.00 | 120,000.00 | 0.00 |
| | Special counsel contingency fees allowed per order 9/20/16 [dkt 68] | | | | | | |
| | Kutchins, Robbins &<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | 3410<br>ADMIN | 0.00 | 1,224.00 | 1,224.00 | 0.00 | 1,224.00 |
| | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | 3410<br>ADMIN | 0.00 | 1,812.00 | 1,812.00 | 0.00 | 1,812.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **188,054.72** | **188,054.72** | **123,752.88** | **64,301.84** |
| 000001 | JOSEPH KUTYNA<br>N 4719 County Farm Rd North<br>Monroe , WI 53536<br>Filed: 10/20/11<br>Claim waived per settlement agreement approved by this Court per order dated 9/20/16 [dkt 68] | 7100<br>UNSEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000002 | ANTHONY DISCEPOLO<br>2725 W GLENLAKE<br>Chicago , IL 60659<br>Filed: 10/20/11<br>Claim waived per settlement agreement approved by this Court per order dated 9/20/16 [dkt 68] | 7100<br>UNSEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000003 | SULLIVAN HINCKS &<br>c/o John Conway<br>120 W. 22ND STREET SUITE 100<br>Oak Brook , IL 60523<br>Filed: 10/24/11<br>(3-1) Contract; Fees Earned(3-1) modified on 10/25/2011 to correct creditors address (dt) | 7100<br>UNSEC | 83,578.28 | 96,750.94 | 96,750.94 | 0.00 | 96,750.94 |
| 000004 | BROWN RIDGE LLC<br>c/o Mark E Shure<br>Latimer LeVay Fyock LLC<br>55 W Monroe Suite 1100<br>Chicago , IL 60603 | 7100<br>UNSEC | 0.00 | 890,275.00 | 890,275.00 | 0.00 | 890,275.00 |

Case: 11-31047

A1 MILLENNIUM MARINA INC.

Joseph A. Baldi

CLAIMS REGISTER

EXHIBIT  C

Claims Bar Date: 04/09/12    Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Filed: 04/05/12 | | | | | | |
| | (4-1) Written Lease/Court Order(4-1) Modified on 4/9/2012 to correct creditor address. (CC) | | | | | | |
| 000005 | MICHAEL DISCEPOLO<br>c/o Ariel Weissberg, Esq.<br>401 S. LaSalle St.<br>Suite 403<br>Chicago , IL 60605 | 7100<br>UNSEC | 0.00 | 162,366.66 | 162,366.66 | 0.00 | 162,366.66 |
| | Filed: 04/05/12 | | | | | | |
| | (5-1) Breach of Contract; Fradulent Conveyances(5-1) Plus one-third interest in future sales of business assets; Debtor reserves the right to amend this proof of claim as further information becomes available in the future. | | | | | | |
| 000006 | ANTHONY DISCEPOLO<br>2725 W GLENLAKE<br>Chicago , IL 60659 | 7100<br>UNSEC | 1,357,554.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Filed: 04/05/12 | | | | | | |
| | Claim waived per settlement agreement approved by this Court per order dated 9/20/16 [dkt 68] | | | | | | |
| **UNSECURED TOTAL** | | | **1,441,133.03** | **1,149,392.60** | **1,149,392.60** | **0.00** | **1,149,392.60** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **REPORT TOTALS** | | | **1,441,133.03** | **1,337,447.32** | **1,337,447.32** | **123,752.88** | **1,213,694.44** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   11-31047

Case Name:   A1 MILLENNIUM MARINA INC.

Trustee Name:   Joseph A. Baldi

Balance on Hand                                                                          $194,989.74

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:     Joseph A. Baldi | $ 19,347.20 | $ 0.00 | $ 19,347.20 |
| Trustee, Expenses:     Joseph A. Baldi | $ 128.56 | $ 0.00 | $ 128.56 |
| Attorney for Trustee, Fees:  ANDREW J. MAXWELL | $ 41,385.00 | $ 0.00 | $ 41,385.00 |
| Attorney for Trustee, Expenses:  ANDREW J. MAXWELL | $ 112.08 | $ 0.00 | $ 112.08 |
| Charges: U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other:  DONALD L. JOHNSON | $ 3,568.10 | $ 3,568.10 | $ 0.00 |
| Other:  DONALD L. JOHNSON | $ 120,000.00 | $ 120,000.00 | $ 0.00 |
| Other:  Kutchins, Robbins & Diamond, Ltd. | $ 1,224.00 | $ 0.00 | $ 1,224.00 |
| Other:  Popowcer Katten, Ltd. | $ 1,812.00 | $ 0.00 | $ 1,812.00 |
| Other:  International Sureties | $ 158.45 | $ 158.45 | $ 0.00 |
| Other:  ARTHUR B. LEVINE COMPANY | $ 26.33 | $ 26.33 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                    $    64,301.84

Remaining Balance                                                                     $    130,687.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011) Page 3

Timely claims of general (unsecured) creditors totaling $1,149,392.60 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JOSEPH KUTYNA | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | ANTHONY DISCEPOLO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | SULLIVAN HINCKS & CONWAY | $ 96,750.94 | $ 0.00 | $ 11,000.75 |
| 000004 | BROWN RIDGE LLC | $ 890,275.00 | $ 0.00 | $ 101,225.79 |
| 000005 | MICHAEL DISCEPOLO | $ 162,366.66 | $ 0.00 | $ 18,461.36 |
| 000006 | ANTHONY DISCEPOLO | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 130,687.90 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE