UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
A1 MILLENNIUM MARINA INC.                       §        Case No.  11-31047
                                                §
                        Debtor(s)               §
                                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $91,758.76 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $130,687.90 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $191,256.11 | |

3) Total gross receipts of $321,944.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $321,944.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $191,256.11 | $191,256.11 | $191,256.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $2,116,530.11 | $1,149,392.60 | $1,149,392.60 | $130,687.90 |
| **TOTAL DISBURSEMENTS** | $2,116,530.11 | $1,340,648.71 | $1,340,648.71 | $321,944.01 |

4) This case was originally filed under chapter 7 on 07/29/2011. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    06/21/2017                By :    /s/ Joseph A. Baldi

                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Vehicle accessory-Travel Lift | 1129-000 | $5,000.00 |
| Boat accessory-temporary steel building | 1129-000 | $15,000.00 |
| Storage fees | 1222-000 | $150.00 |
| Storage Fees | 1222-000 | $170.00 |
| Bank Accounts | 1229-000 | $1,623.74 |
| Preferential and fraudulent transfer claims | 1241-000 | $300,000.00 |
| Post-Petition Interest Deposits | 1270-000 | $0.27 |
| **TOTAL GROSS RECEIPTS** | | $321,944.01 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,224.00 | $1,224.00 | $1,224.00 |
| Joseph A. Baldi | 2200-000 | NA | $128.56 | $128.56 | $128.56 |
| ANDREW J. MAXWELL | 3220-000 | NA | $112.08 | $112.08 | $112.08 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | NA | $158.45 | $158.45 | $158.45 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $26.33 | $26.33 | $26.33 |
| DONALD L. JOHNSON | 3220-610 | NA | $3,568.10 | $3,568.10 | $3,568.10 |
| ANDREW J. MAXWELL | 3210-000 | NA | $41,385.00 | $41,385.00 | $41,385.00 |
| Joseph A. Baldi | 2100-000 | NA | $19,347.20 | $19,347.20 | $19,347.20 |
| Popowcer Katten, Ltd. | 3410-000 | NA | $1,812.00 | $1,812.00 | $1,812.00 |
| DONALD L. JOHNSON | 3210-600 | NA | $120,000.00 | $120,000.00 | $120,000.00 |
| Associated Bank | 2600-000 | NA | $843.12 | $843.12 | $843.12 |
| Bank of America, N.A. | 2600-000 | NA | $27.70 | $27.70 | $27.70 |
| CONGRESSIONAL BANK | 2600-000 | NA | $215.34 | $215.34 | $215.34 |
| Snyder Insurance & Financial | 2690-000 | NA | $1,040.00 | $1,040.00 | $1,040.00 |
| Texas Capital Bank | 2600-000 | NA | $1,075.23 | $1,075.23 | $1,075.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $191,256.11 | $191,256.11 | $191,256.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**EXHIBIT 7 − GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ANTHONY DISCEPOLO | 7100-000 | $1,357,554.75 | $0.00 | $0.00 | $0.00 |
| 000005 | MICHAEL DISCEPOLO | 7100-000 | $0.00 | $162,366.66 | $162,366.66 | $18,461.36 |
| 000004 | BROWN RIDGE LLC | 7100-000 | $0.00 | $890,275.00 | $890,275.00 | $101,225.79 |
| 000003 | SULLIVAN HINCKS & CONWAY | 7100-000 | $83,578.28 | $96,750.94 | $96,750.94 | $11,000.75 |
| 000002 | ANTHONY DISCEPOLO | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 000001 | JOSEPH KUTYNA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | ACE INDUSTRIAL SUPPLY |  | $199.00 | NA | NA | $0.00 |
|  | ADT SECURITY SERVICES |  | $38.86 | NA | NA | $0.00 |
|  | AT&T |  | $179.20 | NA | NA | $0.00 |
|  | BROOKE PAN |  | NA | NA | NA | $0.00 |
|  | Comcast |  | $328.14 | NA | NA | $0.00 |
|  | ComEd Bankruptcy Dept. |  | NA | NA | NA | $0.00 |
|  | DIKUJE GROUP, INC |  | $270,074.26 | NA | NA | $0.00 |
|  | FIRST AMERICAN BANK/FIRST |  | $75.41 | NA | NA | $0.00 |
|  | Irving & Sheridan Shell, Inc. |  | $96,550.00 | NA | NA | $0.00 |
|  | Jose Bautista |  | $2,000.00 | NA | NA | $0.00 |
|  | LAND AND LAKES DISPOSAL |  | $244.00 | NA | NA | $0.00 |
|  | O'BRIEN & O'BRIEN |  | NA | NA | NA | $0.00 |
|  | SANDRA COHEN |  | $115,145.42 | NA | NA | $0.00 |
|  | T&J AUTO TECH |  | $188,889.49 | NA | NA | $0.00 |
|  | Traveler's Insurance |  | $1,635.00 | NA | NA | $0.00 |
|  | Village of Burnham Water Dept. |  | $38.30 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $2,116,530.11 | $1,149,392.60 | $1,149,392.60 | $130,687.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **11-31047**                    Judge: **Jacqueline P. Cox**                    Trustee Name: **Joseph A. Baldi**
Case Name: **A1 MILLENNIUM MARINA INC.**                                            Date Filed (f) or Converted (c): **07/29/2011 (f)**
                                                                                      341(a) Meeting Date: **08/26/2011**
For Period Ending: **06/21/2017**                                                    Claims Bar Date: **04/09/2012**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Bank Accounts (u) | 0.00 | 1,623.74 | | 1,623.74 | FA |
| 2. | Storage Fees (u) | 0.00 | 170.00 | | 170.00 | FA |
| 3. | Storage fees (u) | 0.00 | 150.00 | | 150.00 | FA |
| 4. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.27 | FA |
| 5. | Accounts Receivable | 88,308.76 | 0.00 | | 0.00 | FA |
| 6. | Vehicle accessory-Travel Lift | 20,000.00 | 0.00 | | 5,000.00 | FA |
| 7. | Boat accessory-200 sackstands | 400.00 | 0.00 | | 0.00 | FA |
| 8. | Boat accessory-boat spare parts | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. | Boat accessory - boat blocks | Unknown | 0.00 | | 0.00 | FA |
| 10. | Boat accessory-temporary steel building | 30,000.00 | 0.00 | | 15,000.00 | FA |
| 11. | Boat accessory - power towers for boat docks | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. | Office Equip, Furnishings,&Supplies | 50.00 | 0.00 | | 0.00 | FA |
| 13. | Preferential and fraudulent transfer claims (u) | Unknown | Unknown | | 300,000.00 | FA |

Gross Value of Remaining Assets

**TOTALS (Excluding Unknown Values)**            141,758.76            1,943.74                    321,944.01                0.00

Re Prop. #5  Included within assets sold pursuant to court order dated 10/27/11 [dkt 18], proceeds allocated to other assets
Re Prop. #6  Trustee sold all assets to landlord pursuant to court order [dkt 18]
Re Prop. #7  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #8  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #9  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets
Re Prop. #10  Trustee sold all assets to landlord pursuant to court order [dkt 18]
Re Prop. #11  Trustee sold all assets to landlord pursuant to court order [dkt 18], proceeds allocated to other assets

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **11-31047**              Judge: **Jacqueline P. Cox**              Trustee Name: **Joseph A. Baldi**
Case Name: **A1 MILLENNIUM MARINA INC.**                                    Date Filed (f) or Converted (c): **07/29/2011 (f)**
                                                                            341(a) Meeting Date: **08/26/2011**
For Period Ending: **06/21/2017**                                          Claims Bar Date: **04/09/2012**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12  Trustee sold all physical assets per court order [dkt 18], proceeds allocated to other assets
Re Prop. #13  Trustee filed adversary complaint against debtor's shareholder and other parties to recovery preferential and fraudulent transfers and for fraud, breach of duty and misappropriation of corporate assets. Trustee settled with defendants pursuant to order 9/20/16 [dkt 68]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 2017:  Trustee reached a settlement with the defendants in the District Court case.  Pursuant to this Court's order dated 9/20/16 [dkt 68], Trustee recovered gross proceeds of $300,000; was authorized to pay his special counsel contingency fees and expenses; and the defendants waived all claims against the Estate.  Trustee oversaw the preparation and filing of the Estate's final tax return.  Trustee verified claims against the Estate in anticipation of preparation of his TFR and final distribution.

June 2016:  Trustee received summary judgment in District Court case for $392,000.  Negotiated a tentative settlement after judgment to end appeals, provide for payment terms.  When the terms of the settlement are finalized, the Trustee will file a motion to approve the compromise and then will prepare to close the case.

March 09, 2016, 04:12 pm District Court has motion for summary judgment under advisement, no ruling as yet.  Under advisement since 8/21/15

July 22, 2015, 04:31 pm adversary pending against former owner, motion for summary judgment filed.  Met with defendant's attorney to discuss settlement, no progress yet.  Will monitor litigation, work with special counsel and await ruling on motion for summary judgment

Trustee sold assets pursuant to court order
Trustee is investigating recoverable transfers from Debtor's owner and other parties
claims bar date expired 4/9/12
Trustee retained special counsel to pursue claims against principals
adversary complaint filed
Defendants filed motion in District Court to withdraw reference which was granted in 4/14
oral discovery to be completed by August 2014, pre-trial schedule through October 30, 2014
Trustee continues to prosecute adversary

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No: 11-31047**                    **Judge: Jacqueline P. Cox**                    **Trustee Name:  Joseph A. Baldi**
**Case Name: A1 MILLENNIUM MARINA INC.**                                **Date Filed (f) or Converted (c): 07/29/2011 (f)**
                                                                         **341(a) Meeting Date: 08/26/2011**
**For Period Ending:  06/21/2017**                                        **Claims Bar Date: 04/09/2012**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 10/31/2012          **Current Projected Date of Final Report(TFR) :**  08/31/2017

**Trustee's Signature**      /s/Joseph A. Baldi          **Date:**  06/21/2017
                             Joseph A. Baldi
                             20 N. Clark St. Suite 200
                             Chicago, IL 60602
                             Phone : (312) 726-8150

**Exhibit 8**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31047 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | A1 MILLENNIUM MARINA INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number/CD#: | ******7246 Money Market Account |
| Taxpayer ID No: | **-***8630 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/10/2011 | [1] | Anthony Discepolo<br>Am. Metro Cashier's Check<br>4878 N.Broadway St.<br>Chicago , IL 60640 | TURNOVER OF BANK FUNDS | 1229-000 | 1,623.74 | | 1,623.74 |
| 08/12/2011 | [2] | John Schmoeger<br>5605-7 Old Porter Rd.<br>Portage, IN 46368 | Storage fees | 1222-000 | 170.00 | | 1,793.74 |
| 08/12/2011 | [3] | Vivian Smith<br>8601 S. May Street<br>Chicago , IL 60620 | Storage fees | 1222-000 | 150.00 | | 1,943.74 |
| 08/16/2011 | | Transfer to Acct #XXXX857314 | Bank Funds Transfer<br>Transfer funds to pay Marina liability insurance policy from 8/16 to 10/15.  ecb August 16, 2011, 04:47 pm | 9999-000 | | 820.00 | 1,123.74 |
| 08/31/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,123.75 |
| 09/30/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,123.76 |
| 10/17/2011 | [6] | CCS CHICAGO RECREATION INC.<br>Client Funds Account | Sale proceeds vehicle per order 10/26/11 [dkt 18] | 1129-000 | 5,000.00 | | 6,123.76 |
| 10/24/2011 | | Transfer to Acct #XXXX857314 | Bank Funds Transfer<br>for property insurance premium, coverage extended to 10/31 | 9999-000 | | 220.00 | 5,903.76 |
| | | | Page Subtotals | | 6,943.76 | 1,040.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **11-31047** | | | Trustee Name: | **Joseph A. Baldi** | |
| Case Name: | **A1 MILLENNIUM MARINA INC.** | | | Bank Name: | **Bank of America, N.A.** | |
| | | | | Account Number/CD#: | **\*\*\*\*\*\*7246 Money Market Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*8630** | | | Blanket bond (per case limit): | **5,000,000.00** | |
| For Period Ending: | **6/21/2017** | | | Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/31/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,903.79 |
| 10/31/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.24 | 5,899.55 |
| 11/02/2011 | [10] | STEVE BROWN | sale proceeds boat parts per order 10/26/11 [dkt 18] | 1129-000 | 6,900.00 | | 12,799.55 |
| 11/02/2011 | [10] | STEVE BROWN | sale proc.-temp steel bldg  per order 10/26/11 [dkt 18] | 1129-000 | 8,100.00 | | 20,899.55 |
| 11/30/2011 | [4] | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,899.71 |
| 11/30/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.40 | 20,876.31 |
| 12/14/2011 | [4] | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 20,876.37 |
| 12/14/2011 | | Transfer to Acct #XXXX857314 | Transfer In From MMA Account To close MM in order to have one estate account | 9999-000 | | 20,876.37 | 0.00 |

| | | | Page Subtotals | | 15,000.25 | 20,904.01 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | **11-31047** |
| Case Name: | **A1 MILLENNIUM MARINA INC.** |
| Taxpayer ID No: | **\*\*-\*\*\*8630** |
| For Period Ending: | **6/21/2017** |

| | |
|---|---|
| Trustee Name: | **Joseph A. Baldi** |
| Bank Name: | **Bank of America, N.A.** |
| Account Number/CD#: | **\*\*\*\*\*\*7246 Money Market Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | COLUMN TOTALS | | 21,944.01 | 21,944.01 | |
| | | | Less:Bank Transfer/CD's | | 0.00 | 21,916.37 | |
| | | | SUBTOTALS | | 21,944.01 | 27.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,944.01 | 27.64 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: **Bank of America, N.A.** |
| | Account Number/CD#: ********7314 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **6/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/16/2011 | | Transfer from Acct #XXXX857246 | Bank Funds Transfer<br>Transfer funds to pay Marina liability insurance policy from 8/16 to 10/15.  ecb August 16, 2011, 04:47 pm | 9999-000 | 820.00 | | 820.00 |
| 08/16/2011 | 1001 | Snyder Insurance & Financial<br>1021 75th Street<br>Darien IL , 60561 | INSURANCE PREMIUM<br>Marine Operators Legal Liability Short Term Policy (Trustee authorized to operate debtor's business on a limited basis per order 9/8/11 [dkt 12]) | 2690-000 | | 820.00 | 0.00 |
| 10/24/2011 | | Transfer from Acct #XXXX857246 | Bank Funds Transfer<br>for property insurance premium, coverage extended to 10/31 | 9999-000 | 220.00 | | 220.00 |
| 10/24/2011 | 1002 | Snyder Insurance & Financial<br>1021 75th Street<br>Darien IL , 60561 | INSURANCE PREMIUM<br>Marine Operators Legal Liability Short Term Policy- through October 31, 2011 (Trustee authorized to operate debtor's business on a limited basis per order 9/8/11 [dkt 12]) | 2690-000 | | 220.00 | 0.00 |
| 10/31/2011 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.06 | (0.06) |
| 12/14/2011 | | Transfer from Acct #XXXX857246 | Transfer In From MMA Account<br>To close MM in order to have one estate account | 9999-000 | 20,876.37 | | 20,876.31 |
| 12/29/2011 | | Transfer to Acct #9010012897 | Bank Funds Transfer | 9999-000 | | 20,876.31 | 0.00 |
| | | | Page Subtotals | | 21,916.37 | 21,916.37 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-31047 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | A1 MILLENNIUM MARINA INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number/CD#: | ******7314 Checking Account |
| Taxpayer ID No: | **-***8630 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | COLUMN TOTALS | | 21,916.37 | 21,916.37 | |
| | | | Less:Bank Transfer/CD's | | 21,916.37 | 20,876.31 | |
| | | | SUBTOTALS | | 0.00 | 1,040.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,040.06 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **11-31047**

Case Name: **A1 MILLENNIUM MARINA INC.**

Taxpayer ID No: **\*\*-\*\*\*8630**

For Period Ending: **6/21/2017**

Trustee Name: **Joseph A. Baldi**

Bank Name: **Congressional Bank**

Account Number/CD#: **\*\*\*\*\*\*2897 Checking Account**

Blanket bond (per case limit): **5,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/29/2011 | | Transfer from Acct #XXXX857314 | Bank Funds Transfer | 9999-000 | 20,876.31 | | 20,876.31 |
| 02/07/2012 | 1001 | International Sureties 701 Poydras Street  #420 New Orleans , LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 16.50 | 20,859.81 |
| 02/07/2013 | 1002 | International Sureties 701 Poydras Street  #420 New Orleans , LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 16.83 | 20,842.98 |
| *03/11/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | (19.99) | 20,862.97 |
| 03/11/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 19.99 | 20,842.98 |
| *04/10/2013 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-000 | | 19.99 | 20,822.99 |
| | | | Page Subtotals | | 20,876.31 | 53.32 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: **11-31047** | | | | Trustee Name: **Joseph A. Baldi** | | |
| Case Name: **A1 MILLENNIUM MARINA INC.** | | | | Bank Name: **Congressional Bank** | | |
| | | | | Account Number/CD#: ********2897 Checking Account** | | |
| Taxpayer ID No: **\*\*-\*\*\*8630** | | | | Blanket bond (per case limit): **5,000,000.00** | | |
| For Period Ending: **6/21/2017** | | | | Separate bond (if applicable): **0.00** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/22/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.11 | 20,800.88 |
| 05/22/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 21.39 | 20,779.49 |
| 06/09/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 22.07 | 20,757.42 |
| 07/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.33 | 20,736.09 |
| 08/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.02 | 20,714.07 |
| 09/11/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.99 | 20,692.08 |
| | | | Page Subtotals | | 0.00 | 130.91 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: **Congressional Bank** |
| | Account Number/CD#: ********2897 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **6/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/03/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.27 | 20,670.81 |
| 11/05/2013 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda , MD 20817 | Monthly Bank Service Fee | 2600-000 | | 21.95 | 20,648.86 |
| 12/05/2013 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 21.22 | 20,627.64 |
| 12/20/2013 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 20,627.64 | 0.00 |

|  | | | | Page Subtotals | 0.00 | 20,692.08 | |
|---|---|---|---|---|---|---|---|

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | 20,876.31 | 20,876.31 |
| Less:Bank Transfer/CD's | 20,876.31 | 20,627.64 |
| SUBTOTALS | 0.00 | 248.67 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 248.67 |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **11-31047**

Case Name:  **A1 MILLENNIUM MARINA INC.**

Taxpayer ID No:  **\*\*-\*\*\*8630**

For Period Ending:  **6/21/2017**

Trustee Name:  **Joseph A. Baldi**

Bank Name:  **Associated Bank**

Account Number/CD#:  **\*\*\*\*\*\*6776 Checking Account**

Blanket bond (per case limit):  **5,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/20/2013 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,627.64 | | 20,627.64 |
| 01/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.87 | 20,615.77 |
| 02/05/2014 | 3001 | International Sureties 701 Poydras Street  #420 New Orleans , LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 16.52 | 20,599.25 |
| 02/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.65 | 20,568.60 |
| 03/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.63 | 20,540.97 |
| 04/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,510.43 |
| 05/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.51 | 20,480.92 |
| 06/06/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.45 | 20,450.47 |
| 07/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.42 | 20,421.05 |
| 08/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.36 | 20,390.69 |
| | | | Page Subtotals | | 20,627.64 | 236.95 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: **Associated Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*6776 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **6/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.32 | 20,360.37 |
| 10/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.30 | 20,331.07 |
| 11/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.23 | 20,300.84 |
| 12/05/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.21 | 20,271.63 |
| 01/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.14 | 20,241.49 |
| 02/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.10 | 20,211.39 |
| 02/20/2015 | 3002 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York New , York 10165 | 2015 Bond premium | 2300-000 | | 14.03 | 20,197.36 |
| 03/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.14 | 20,170.22 |
| 04/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.99 | 20,140.23 |
| 05/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.98 | 20,111.25 |
| | | | Page Subtotals | | 0.00 | 279.44 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)                                    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:   11-31047
Case Name:   A1 MILLENNIUM MARINA INC.

Taxpayer ID No:   **-***8630
For Period Ending:   6/21/2017

Trustee Name:   Joseph A. Baldi
Bank Name:   Associated Bank
Account Number/CD#:   ******6776 Checking Account
Blanket bond (per case limit):   5,000,000.00
Separate bond (if applicable):   0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.90 | 20,081.35 |
| 06/30/2015 | 3003 | DONALD L. JOHNSON, P.C.<br>33 N. DEARBORN STREET<br>SUITE 1401<br>CHICAGO , IL 60602 | Special Counsel Expenses<br>Order Authorizing Payment of Expenses Dated June 23, 2015 [dkt 63] | 3220-610 | | 2,921.88 | 17,159.47 |
| 07/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.89 | 17,130.58 |
| 08/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.75 | 17,104.83 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.43 | 17,079.40 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.57 | 17,054.83 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.36 | 17,029.47 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.50 | 17,004.97 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.28 | 16,979.69 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.25 | 16,954.44 |

| | | | Page Subtotals | | 0.00 | 3,156.81 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **11-31047** | |
| Case Name: **A1 MILLENNIUM MARINA INC.** | |
| Taxpayer ID No: **\*\*-\*\*\*8630** | |
| For Period Ending: **6/21/2017** | |

| | |
|---|---|
| Trustee Name: **Joseph A. Baldi** |
| Bank Name: **Associated Bank** |
| Account Number/CD#: **\*\*\*\*\*\*6776 Checking Account** |
| Blanket bond (per case limit): **5,000,000.00** |
| Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/15/2016 | 3004 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York , NY 10017 | Bond Premium Payment 2016 Bond Premium Payment | 2300-000 | | 12.30 | 16,942.14 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.58 | 16,918.56 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.15 | 16,893.41 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.31 | 16,869.10 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.08 | 16,844.02 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.23 | 16,819.79 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 16,819.79 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 16,954.44 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 20,627.64 | 20,627.64 |
| Less:Bank Transfer/CD's | | 20,627.64 | 16,819.79 |
| **SUBTOTALS** | | 0.00 | 3,807.85 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 3,807.85 |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:   **11-31047**
Case Name:   **A1 MILLENNIUM MARINA INC.**

Trustee Name:   **Joseph A. Baldi**
Bank Name:   **Texas Capital Bank**
Account Number/CD#:   ********5476 Checking Account**

Taxpayer ID No:   **\*\*-\*\*\*8630**
For Period Ending:   **6/21/2017**

Blanket bond (per case limit):   **5,000,000.00**
Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 16,819.79 | | 16,819.79 |
| 08/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,804.79 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.48 | 16,781.31 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.45 | 16,757.86 |
| 10/07/2016 | [13] | Sandra Discepolo c/o Blaise & Nitschke, P.C. Client Trust Account 20 N. Clark St, Ste. 3100 Chicago, IL 60602-5099 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 50,000.00 | | 66,757.86 |
| 10/07/2016 | [13] | Anthony Discepolo c/o Weissberg & Associates, Ltd. Client Trust Fund Account 401 S. LaSalle St., Ste. 403 Chicago , IL 60605 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 200,000.00 | | 266,757.86 |
| | | | Page Subtotals | | 266,819.79 | 61.93 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | **11-31047** | | Trustee Name: | **Joseph A. Baldi** |
| Case Name: | **A1 MILLENNIUM MARINA INC.** | | Bank Name: | **Texas Capital Bank** |
| | | | Account Number/CD#: | ********5476 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*8630** | | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: | **6/21/2017** | | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/12/2016 | 55001 | Donald L. Johnson, P.C.<br>John Dax<br>33 N. Dearborn Street<br>Suite 1401<br>Chicago, IL 60602 | Attorneys' Fees - Special Counsel (per order 9/20/16 [dkt 68]) | 3210-600 | | 120,000.00 | 146,757.86 |
| 10/12/2016 | 55002 | Donald L. Johnson, P.C.<br>33 N Dearborn St<br>Suite 1401<br>Chicago, IL 60602 | Special Counsel - Reimbursement of Expenses (per order 9/20/16 [dkt 68]) | 3220-610 | | 646.22 | 146,111.64 |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 223.58 | 145,888.06 |
| 11/14/2016 | [13] | Anthony Discepolo<br>2725 W Glenlake Ave<br>Chicago, IL 60659 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 25,000.00 | | 170,888.06 |
| 11/14/2016 | [13] | Anthony Discepolo<br>Am. Metro Cashier's Check<br>4878 N.Broadway St.<br>Chicago , IL 60640 | Settlement - Adv. Case No. 13-00999 (per order 9/20/16 [dkt 68]) | 1241-000 | 25,000.00 | | 195,888.06 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 243.45 | 195,644.61 |
| | | | Page Subtotals | | 50,000.00 | 121,113.25 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-31047 | | | | Trustee Name: | Joseph A. Baldi |
| Case Name: | A1 MILLENNIUM MARINA INC. | | | | Bank Name: | Texas Capital Bank |
| | | | | | Account Number/CD#: | ******5476 Checking Account |
| Taxpayer ID No: | **-***8630 | | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2017 | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/03/2017 | 55003 | International Sureties, Ltd.<br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 108.60 | 195,536.01 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 273.37 | 195,262.64 |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 272.90 | 194,989.74 |
| 05/26/2017 | 55004 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2100-000 | | 19,347.20 | 175,642.54 |
| 05/26/2017 | 55005 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 128.56 | 175,513.98 |
| 05/26/2017 | 55006 | CLERK OF THE U.S. BANKRUPTCY COURT<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago , ILLINOIS 60604 | | 2700-000 | | 293.00 | 175,220.98 |
| | | | Page Subtotals | | 0.00 | 20,423.63 | |

UST Form 101-7-TDR (10/1/2010) (Page 23)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **11-31047** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********5476 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **6/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2017 | 55007 | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | | 3210-000 | | 41,385.00 | 133,835.98 |
| 05/26/2017 | 55008 | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | | 3220-000 | | 112.08 | 133,723.90 |
| 05/26/2017 | 55009 | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | | 3410-000 | | 1,224.00 | 132,499.90 |
| 05/26/2017 | 55010 | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | | 3410-000 | | 1,812.00 | 130,687.90 |
| 05/26/2017 | 55011 | SULLIVAN HINCKS & CONWAY<br>c/o John Conway<br>120 W. 22ND STREET SUITE 100<br>Oak Brook , IL 60523 | Disb of 11.37% to Claim #000003 | 7100-000 | | 11,000.75 | 119,687.15 |
| 05/26/2017 | 55012 | BROWN RIDGE LLC<br>c/o Mark E Shure<br>Latimer LeVay Fyock LLC<br>55 W Monroe Suite 1100<br>Chicago , IL 60603 | Disb of 11.37% to Claim #000004 | 7100-000 | | 101,225.79 | 18,461.36 |
| | | | Page Subtotals | | 0.00 | 156,759.62 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-31047 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A1 MILLENNIUM MARINA INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5476 Checking Account |
| **Taxpayer ID No:** **-***8630 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 6/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2017 | 55013 | MICHAEL DISCEPOLO c/o Ariel Weissberg, Esq. 401 S. LaSalle St. Suite 403 Chicago , IL 60605 | Disb of 11.37% to Claim #000005 | 7100-000 | | 18,461.36 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 18,461.36 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 316,819.79 | 316,819.79 |
| Less:Bank Transfer/CD's | 16,819.79 | 0.00 |
| **SUBTOTALS** | 300,000.00 | 316,819.79 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 300,000.00 | 316,819.79 |

| | |
|---|---|
| All Accounts Gross Receipts: | 321,944.01 |
| All Accounts Gross Disbursements: | 321,944.01 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6776 Checking Account | 0.00 | 3,807.85 | |
| ******7246 Money Market Account | 21,944.01 | 27.64 | |
| ******7314 Checking Account | 0.00 | 1,040.06 | |
| ******5476 Checking Account | 300,000.00 | 316,819.79 | |
| ******2897 Checking Account | 0.00 | 248.67 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: **11-31047** | Trustee Name: | **Joseph A. Baldi** |
| Case Name: **A1 MILLENNIUM MARINA INC.** | Bank Name: | **Texas Capital Bank** |
| | Account Number/CD#: | ********5476 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*8630** | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: **6/21/2017** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 321,944.01 | 321,944.01 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 26)

**Exhibit 9**